UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cr-00133-SEB-TAB |
| | ) | |
| MICHAEL HENSON, | ) | -035 |
| | ) | |
| Defendant. | ) | |

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that Michael Henson's supervised release be modified, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders the modifications to include the following conditions:

- The defendant shall submit to the search of his/her person, vehicle, office/business, residence, and property, including computer systems and Internet-enabled devices, whenever the probation officer has reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving the defendant.  Other law enforcement may assist as necessary. The defendant shall submit to the seizure of any contraband that is found and should forewarn other occupants or users that the property may be subject to being searched.

- The defendant shall be monitored by Global Positioning (GPS) Monitoring for a period of up to the duration of the defendant's term of supervised release, which is now due to expire on September 10, 2016, to commence as soon as possible, and shall abide by all

technology requirements.  The defendant shall pay all costs of participation in the program as directed by the court or probation officer.  This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release: the defendant shall be restricted to her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by the probation officer.

- The defendant shall participate in a program of mental health treatment, as directed by the probation officer.

- The defendant shall participate in a substance abuse treatment program at the direction of the probation officer, which may include no more than eight drug tests per month.  The defendant shall abstain from the use of all intoxicants, including alcohol, while participating in a substance abuse treatment program.  The defendant is responsible for paying a portion of the fees of substance abuse testing and/or treatment in accordance with his ability to pay.

SO ORDERED.

2/5/2016

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service