UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )
            v.                  )        No. 1:12-cr-00133-SEB-TAB
                                )
MICHAEL HENSON,                 )   -35
                                )
                Defendant.      )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim A Baker's Report and Recommendation that

Michael Henson's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now

approves and adopts the Report and Recommendation as the entry of the Court, and orders a

sentence imposed of imprisonment of twelve (12) months in the custody of the Attorney General

or his designee, with no supervised release to follow. The Defendant is to be taken into custody

immediately.

**SO ORDERED.**

Date: _____01/11/2018_____          _____
                                        SARAH EVANS BARKER, JUDGE
                                        United States District Court
                                        Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service